# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



ESMERALDA VELEZ-AROCHO,
ET AL.

       VS.                             **CIVIL NO.**  04-1093  **(JAF)**

COLEGIO JARDIN, ET AL.

| DESCRIPTION OF MOTION |||
|---|---|---|
| DATE FILED: | DOCKET: | TITLE: |
| [] Plffs. | [] Defts. | |
| **- O R D E R -** |||
| After having reviewed the Magistrate-Judge's Report and Recommendation, <u>Docket Document No. 134</u>, and Plaintiff's Objection, <u>Docket Document No. 136</u>, the court **ADOPTS** the Magistrate's Report. Judgment shall enter dismissing the complaint in its entirety. The state law claims shall be dismissed without prejudice of litigation in the state court system. |||
|    **IT IS SO ORDERED.** |||

<u>June 10, 2005</u>                                <u>S/José Antonio Fusté</u>
    Date                                     José Antonio Fusté
                                            Chief U.S. District Judge